# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA

v.

VERONICA PARTIDA

**APPEARANCE**

Case Number: 07MJ2865

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VERONICA PARTIDA

I certify that I am admitted to practice in this court.

12/12/2007
Date

/s/ SHAFFY MOEEL
Signature

Shaffy Moeel / Federal Defenders of SD     238732
Print Name     Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City     State     Zip Code

(619) 234-8467     (619) 687-2666
Phone Number     Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: December 12, 2007  /s/ Shaffy Moeel
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org