FILED

JAN - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MP) DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0061-DMS |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of marijuana with Intent to Distribute (Felony) |
| VERONICA PARTIDA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 7, 2007, within the Southern District of California, defendant VERONICA PARTIDA, did knowingly and intentionally possess, with intent to distribute, approximately 94.82 kilograms (208.62 pounds)(net weight) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 1/8/08

KAREN P. HEWITT
United States Attorney

fr. J. DM
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:rp:San Diego
12/19/07