AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| VERONICA PARTIDA | CASE NUMBER: 08CR0061-DMS |

I, <u>VERONICA PARTIDA</u>, the above named defendant, who is accused of committing the following offense:

> Possession of marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1/8/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
JAN - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY