1 **SHAFFY MOEEL**
California State Bar No. 238732
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
Telephone: (619) 234-8467
4 shaffy_moeel@fd.org

5 Attorneys for Ms. Partida

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0061-DMS |
| Plaintiff, | ) ) ) | JOINT MOTION TO CONTINUE HEARING |
| v. | ) ) | |
| **VERONICA PARTIDA**, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel, and Federal Defenders of San Diego, counsel for Ms. Partida, along with Assistant United States Attorney Sabrina Feve, that the sentencing hearing in the above-mentioned case should be continued from May 9, 2008 at 9:00 a.m. until May 16, 2008 at 9:00 a.m.

**SO STIPULATED.**

Dated: May 8, 2008          */s/ Shaffy Moeel*
                            SHAFFY MOEEL
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Ms. Partida

Dated: May 8, 2008          */s/ Sabrina Feve*
                            SABRINA FEVE
                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Sabrina Feve**
Sabrina.Feve@usdoj.gov

Dated: May 8, 2008

*/s/ Shaffy Moeel*
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org

08CR0061