UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0061-DMS |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO CONTINUE SENTENCING HEARING |
| VERONICA PARTIDA, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Ms. Partida, who is in custody, be continued from May 9, 2008 at 9:00 a.m. until May 16, 2008 at 9:00 a.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

DATED: May 9, 2008

_____
HON. DANA M. SABRAW
United States District Judge